# PROCEEDING MEMO
# HONORABLE RICHARD L. SPEER

In Re:

Arts Dairy, LLC

    Debtor(s)          Case No.    09-32386

**NATURE OF PROCEEDING:**    Hearing on Confirmation of Ch. 11 Plan

APPEARANCES:
Nathan Hall, Attorney for DIP
~~Lenore Kleinman, Attorney for US Trustee~~
~~Nancy Valentine, Attorney for Creditor/AgStar~~ Dramer

---

DECISION OF COURT:

| | | |
|---|---|---|
| ☒ HEARING HELD | ☐ GRANTED | ☐ APPROVED |
| ☐ HEARING NOT HELD | ☒ DENIED | ☐ SUSTAINED |
| ☐ MOTION TO CONTINUE FILED / F/C in ____ days | ☐ DISMISSED | ☐ OVERRULED |
| ☐ ENTRY F/C ____ days | ☐ CONT. FURTHER ORDER OF THE COURT | ☐ TAKEN UNDER ADVISEMENT |
| ☐ STATUS REPORT F/C ____ days | | ☐ DECISIONAL |
| ☐ OBJ/MOTION TO BE W/D F/C ____ days | | |

COMMENTS OF COURT:

_____
_____
_____

DATED: **Thursday, May 20, 2010**

Thursday, May 20, 2010
10:00 AM

## APPEARANCE LIST

In re: Arts Dairy LLC ) Case No. 09-32386
)
) HONORABLE RICHARD L. SPEER
Debtor(s) )

PLEASE **PRINT** YOUR NAME, COMPLETE ADDRESS (INCLUDING ZIP CODE) AND THE NAME OF THE PARTY THAT YOU ARE REPRESENTING.

APPEARANCES:

| | PRINT NAME | PRINT ADDRESS | PRINT PARTY REPRESENTING |
|---|---|---|---|
| 1. | Christopher Wick | 200 Public Sq, Suite 2900 Cleveland, OH 44114 | Agstar |
| 2. | Jeffrey Brauer | " | " |
| 3. | Steve Spiress | 7100 E. Pleasant Valley, Independence, OH 44131 | Agstar |
| 4. | Terry R. Smith | W10726 Woodland Rd., Bruce, WI 54819 | AgStar |
| 5. | Ray Beebe | 1107 Adams St, Toledo, OH 43604 | Atty f. Cred. Comm |
| 6. | John Beckman | 5262 N Carp Rd Minster OH 45865 | Arts Dairy |
| 7. | James Timmons | 4711 SpSID-Xenia Rd 45506 | Arts Dairy |
| 8. | Neil Rupp | 18251 Co Rd DE Pettisville OH 43502 | Arts Dairy |
| 9. | Andrew Sekel | 9086 Van Wert Willshire Rd Vanwert, OH 45891 | Soma Acres / Arts Dairy LLC |
| 10. | Thomas P. Selke | 9901 Schaffer Rd Woodburn, IN 46797 | Joma Acres |
| 11. | Robert McOmber | 1474 Richey Rd Scott, Ohio 45886 | Robert McOmber |
| 12. | Ben Heywood | 5470 Main St., Sylvania, Ohio 43560 | Jay Parker & Sons |
| 13. | Jeff Bushey | 7274 Horthy Strut Pigeon MI 48755 | Arts Dairy |
| 14. | HR Roberts | 1000 Jackson Tol | Debtor |
| | Nate Hall | 1000 Jackson, Toledo | Debtor |